Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.83.131.197,<br><br>     Defendant. | Case Number: 3:25-cv-07499-LJC<br><br>Honorable Lisa J. Cisneros<br><br>**PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

   Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this e*x-parte* application for entry of an order extending the time within which to effectuate service on John Doe Defendant and to continue the Initial Case Management Conference currently scheduled for December 4, 2025, and states:

   1.  This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

   2.  On September 23, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion") on Defendant's ISP.

1

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:25-cv-07499-LJC

3. On September 24, 2025, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. Plaintiff issued the subpoena on or about October 9, 2025 and, in accordance with the time allowances provided to both the ISP and the Defendant, expects to receive the ISP response on or about December 18, 2025.

4. Pursuant to the Court's Initial Case Management Scheduling Order with ADR Deadlines filed September 9, 2025, there is a Case Management Conference scheduled for December 4, 2025 at 1:30 p.m.

5. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than December 3, 2025. Because Plaintiff does not expect to receive the ISP response until December 18, 2025 and Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

6. Prior to the Initial Case Management Conference, the parties are required to confer and submit to the Court a proposed Case Management Statement. Because Defendant's identity is currently unknown to Plaintiff, Plaintiff is unable to anticipate the specific information required in the proposed Case Management Statement, including issues such as timing, electronic discovery, or even whether Plaintiff will ultimately proceed against Defendant.

7. For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended for sixty (60) days from December 18, 2025 (the date Plaintiff expects to receive the ISP response) and thus the deadline to effect service be extended to February 16, 2026, and that the Initial Case Management Conference currently scheduled for December 4, 2025 be continued to March 19, 2026 at 1:30 p.m., or a date thereafter convenient for the Court's calendar. This extension will provide time for Plaintiff to receive the ISP response, conduct a further investigation to assist in determining whether the individual identified by the ISP is the

2

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:25-cv-07499-LJC

appropriate defendant for this action and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process upon the Defendant.

8. This application is made in good faith and not for the purpose of undue delay.

9. This is Plaintiff's first request for an extension and continuance of the Initial Case Management Conference. None of the parties will be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until February 16, 2026 and that the Initial Case Management Conference currently scheduled for December 4, 2025 be continued to March 19, 2026 at 1:30 p.m., or a date soon thereafter convenient to the Court's calendar. A proposed order is attached for the Court's convenience.

Dated: November 12, 2025              Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
Attorney for Plaintiff
Strike 3 Holdings, LLC

3

Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:25-cv-07499-LJC