# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>                  Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 108.83.131.197, <br><br>                  Defendant. | Case Number: 3:25-cv-07499-LJC <br><br> Honorable Lisa J. Cisneros <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for December 4, 2025, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until February 16, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for December 4, 2025 is continued to March 19, 2026 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: November 13, 2025       By: _____

                                     **United States Magistrate Judge** <br>                                      Hon. Lisa J. Cisneros

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-07499-LJC